DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEFOREST MACK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0244

[May 14, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432015CF001334B.

DeForest Mack, Cross City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Jackson v. State*, No. 4D2024-0819, 2025 WL 1119094 (Fla. 4th DCA Apr. 16, 2025).

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***